**E-FILED**
Wednesday, 05 April, 2006 10:13:09 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 05-20048** |
| | ) | |
| **DONDRE L. MOORE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**OPINION**

---

On March 14, 2006, following a jury trial, Defendant Dondre L. Moore was found guilty of distributing more than five grams of cocaine base ("crack") in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B). On March 20, 2006, Defendant Moore filed a Motion for Judgment of Acquittal or, in the Alternative, a New Trial (#34) and a Bench Brief in Support (#35). On March 23, 2006, Defendant Moore filed an Amended Motion (#36) and Amended Bench Brief (#37). On April 3, 2006, the Government filed its Response (#38).

In his motion, Defendant Moore contends that the evidence was not sufficient to support his conviction and complains about various rulings made by this court at trial. Specifically, Moore argues that this court erred: (1) when it precluded him from introducing evidence of the maximum penalties faced by witness Desi Warren in state court proceedings against him; (2) when it allowed the Government to introduce evidence of previous drug dealings between Warren and Defendant; and (3) in the court's response to the jury's question. This court finds that the Government provided sufficient evidence at trial to support the jury verdict of guilty. In addition, this court adheres to the

rulings it made at trial.

Accordingly, Defendant Moore's Motion for Judgment of Acquittal or New Trial (#34) and his Amended Motion (#36) are DENIED.

ENTERED this 5th day of April, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE